AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 04 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>v.<br>Tyrone Lee Gravely<br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>7:20-MJ-23 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 4, 2020__ in the city of __Roanoke__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code Sections, 841 (a)(1) | Possession with the intent to distribute fentynal |
| Title 18, United States Code Section, 924 (c) | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Clark Jackson, Task Force Officer DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/04/2020__

*Judge's signature*

City and state: __Roanoke, Virginia__     Robert Ballou, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

**COMES NOW** your Affiant, Clark Jackson, a Task Force Officer with the Drug Enforcement Administration, and having being duly deposed and sworn, says as follows:

### A. Introductory Information

1. I have been a Task Force Officer with the Drug Enforcement Administration (DEA) since October 1, 2018. I am currently assigned to investigate drug related crimes as a member of the DEA, Washington Field Division/Roanoke Resident Office and have been employed by Montgomery County Sheriff's Office since 2012. I have received training in all areas of narcotics investigations including search and seizure laws and statutes pertaining to enforcement of the Controlled Substances Act, highway interdiction and parcel interdiction. Since becoming a DEA Task Force Officer in October of 2018, I have participated in a number of drug trafficking, money laundering, and organized crime investigations that have resulted in the arrest of numerous members of several different international and domestic drug trafficking organizations (DTOs) and the seizure of currency, assets, and drugs.
2. The information contained within this affidavit is based on my personal experience, as well as on information provided to me by other federal agents, state police investigators, and local police officers.

### B.   Statement of Probable Cause

1. On the morning of March 4, 2020, members of the DEA Roanoke Resident Office conducted a federal search warrant at a residence located at 1236 Gilmer Ave NW, Roanoke, VA, in the Western District of Virginia. During the execution of the search warrant police encountered a male subject, later identified as Tyrone GRAVELY, on the outside of the residence. GRAVELY admitted to DEA TFO Jackson that he jumped out of a window on the east side of 1236 Gilmer Ave NW, Roanoke, VA, in an effort to flee police. In fact, a window was open on that side of the residence.
2. Officers then searched the room that GRAVELY had recently exited by means of the window. Inside that room, police located approximately 177 bags containing a measurable amount of fentanyl. This is an amount of fentanyl consistent with distribution. Officers also discovered a measurable quantity of suspected crack cocaine, approximately 80 grams of suspected heroin, and two corner baggies of suspected marijuana.

3. Police also discovered two 9mm pistols, and an AR-15 pistol with a drum magazine containing more than 80 rounds of ammunition. These are firearms, designed to expel a projectile by means of an explosion. Police officers searching this room also located mail addressed to Tyrone GRAVELY.
4. Other persons residing in the Gilmer Avenue Residence stated that GRAVELY in fact did reside in the room where the narcotics and firearms were found. No other persons were found in this room, and there was nothing to indicate that any person other than GRAVELY had occupied this room.
5. Wherefore, your affiant asserts that there is probable cause to believe that GRAVELY possessed a measurable quantity of fentanyl with the intent to distribute, and possessed firearms in furtherance of a drug trafficking crime.
6. Further your affiant sayeth naught.

_____
Clark Jackson
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Sworn to and subscribed before me
This 4th day of March 2020
In the City of Roanoke, Virginia

_____
Honorable ROBERT S. BALLOU
UNITED STATES MAGISTRATE JUDGE